# Third District Court of Appeal

## State of Florida

Opinion filed August 16, 2023.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D22-1737
Lower Tribunal No. 20-153-A-K
_____

**James Maroe,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An appeal conducted pursuant to Anders v. California, 386 U.S. 738 (1967), from the Circuit Court for Monroe County, Mark H. Jones, Judge.

James Maroe, in proper person.

Ashley Moody, Attorney General, for appellee.

Before SCALES, HENDON and GORDO, JJ.

PER CURIAM.

Affirmed.